1  Nicole Y. Blohm (SBN 177284)
   E-mail:  nblohm@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, 40th Floor
3  Los Angeles, California 90071-2942
   Tel:  213.236.0600    Fax:  213.236.2700
4
   Attorneys for Defendant
5  LIFE INSURANCE COMPANY OF NORTH
   AMERICA
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11  PRIYA CHOPRA SABHERWAL,         | Case No. 3:24-cv-07512-MMC |
|  12         Plaintiff,               | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND** ~~[PROPOSED]~~ **ORDER** |
|  13       v.                         |                            |
|  14  LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge:  Hon. Maxine M. Chesney<br>Ctrm:   7, 19th Floor |
|  15                                  |                            |
|  16         Defendant.               | Complaint Filed:  October 29, 2024 |

17        IT IS HEREBY STIPULATED, by and between Plaintiff PRIYA CHOPRA

18 SABHERWAL and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and

19 through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as

20 to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall

21 bear its own attorneys' fees and costs.

22        The Parties seek the Court's approval of the dismissal of the action with prejudice.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4911-1762-7210 v1                                        1                    Case No. 3:24-cv-07512-MMC
                                                                    STIPULATION TO DISMISS ENTIRE ACTION
                                                                    WITH PREJUDICE; AND [PROPOSED] ORDER

**IT IS SO STIPULATED**.

Dated: June 10, 2025                           ROBERTS DISABILITY LAW, P.C.


By: _____/s/ Michelle L. Roberts_____
　　　Michelle L. Roberts
　　　Attorneys for Plaintiff
　　　PRIYA CHOPRA SABHERWAL


Dated: June 10, 2025                           BURKE, WILLIAMS & SORENSEN, LLP


By: _____/s/ Nicole Y. Blohm_____
　　　Nicole Y. Blohm
　　　Attorneys for Defendant
　　　LIFE INSURANCE COMPANY OF
　　　NORTH AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4911-1762-7210 v1

2

Case No. 3:24-cv-07512-MMC
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

## ***ORDER***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: __June 10__, 2025

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4911-1762-7210 v1

3

Case No. 3:24-cv-07512-MMC
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER